UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

_____ DIVISION

William F. Paulson )
_____ )
_____ )
_____ )
_____ )
(Enter the full name of the Plaintiff[s] in this action) )
)
vs. )
)
City of Springfield, Scott Kostal, )
Steve Mueller, Cheryl Ludens, Larry Dietsch, )
Katelyn Burch, Doug Magee, )
Estate of Gary Loukota )
_____ )
)
(Enter the full name of **ALL** Defendant[s] in this )
action. Fed. R. Civ. P. 10(a) requires that the )
caption of the complaint include the names of all )
the parties.  Merely listing one party and "et al." is )
insufficient.  Please attach additional sheets if )
necessary.) )

Case No. 4:26-cv-4023
(To be assigned by
Clerk of District Court)

COMPLAINT

I.    State the grounds for filing this case in Federal Court (include federal statutes and/or
U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a
short and plain statement of the grounds for the court's jurisdiction.):

42 U.S. CODE § 1983 illegal seizure of property 18 U.S. CODE §
1513 retaliations against a witness, I reported the City of
Springfield for an illegal dumping and burning scheme and now
they are retaliating against me
14th Amendment of the US Constitution The Equal Protection
Clause As a new owner of a property I was singled out and a
violation of the Class of One via intentional discrimination
5th Amendment US Constitition I am being deprived of my
property

1

II.    Plaintiff, William F. Paulson _____ resides at

502 11th Street #16 _____
         (street address)
Springfield _____, Bon Homme _____,
(city)                              (county)
South Dakota _____, 57062 , 605-670-7990 _____
(state)          (zip)      (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)
N/A _____
_____
_____
_____
_____
_____
_____
_____

III.    Defendant, City of Springfield _____ resides at, or its business is located at

605 8th Street _____
(street address)
Springfield _____, Bon Homme _____,
(city)                              (county)
South Dakota _____, 57062 , 605-369-2309 _____
(state)          (zip)      (telephone number)
(If more than one defendant, provide the same information for each defendant below)
Scott Kostal 806 9th Street Springfield SD 57062 605-369-2903
Steve Mueller 912 Chestnut St. Springfield SD 57062
605-661-0694
Cheryl Ludens 308 8th Street Springfield SD 57062 605-369-2998
Larry Dietsch 610 E. 10th St. Springfield SD 57062 605-369-2413
Katelyn Burch 1102 2nd St. Springfield SD 57062 605-595-3875
Doug Magee 404 Southern Circle Springfield SD 57062
605-661-2956
Estate of Gary Loukota 812 Oak Street Springfield SD 57062
605-369-2600
_____
_____

2

IV.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Please see attached document

V.    Relief (State briefly and exactly what you want the Court to do for you.)

I am wanting injunctive relief so these gross violations cease to continue.

An order for the City of Springfield and its Mayor Scott Kostal to indicate that this targetted behavior will stop on behalf of himself and the rest of the City Council.

A monetary settlement to compensate me for being interupted from my businesses and to financially motivate this current Springfield City Government and all future Springfield City Councils so this nonsense ends for not just me but others they have done this to over the years.

DSD 12-12

VI.    **MONEY DAMAGES:**

    **A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

        **YES [X ]**                **NO [   ]**

    **B)** If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

    $5,000,000

    So this current council and any other council never systematically does something like this to anyone else in Springfield SD.

VII.    Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

        **YES [X ]**                **NO [   ]**

VIII.    Are you requesting a Jury Trial?

        **YES [X ]**                **NO [   ]**

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _24_ day of _January_ , 20_26_

                                        Signature of Plaintiff[s]

I William F. Paulson (pro se) am a lifelong resident of the City of Springfield
South Dakota. I am a 3rd generation business owner of Paulson Park located at
502 11th Street Springfield SD 57062  In the past few years I started acquiring
properties in Bon Homme County SD. Five of those properties are within the City
limits of Springfield SD.

Back in the summer of 2020 former Springfield Chief of Police Doug Magee
pulled into my driveway located in Paulson Park to inform me of an illegal
dumping scheme that the City of Springfield SD had been involved in. They took
possession of a property with a home on it. They then had it torn down and taken
out into the country near Springfield SD where it was burned and buried.
Former Chief of Police Doug Magee stated he had been in the house and knew it
was loaded with asbestos and other hazardous materials.
I first called the EPA who then referred me to the DENR of South Dakota. The
DENR eventually became the DANR.
The City was given a written reprimand warning by Nick Emme with DANR.
I was the one who reported all of this around January 2021.
In the November 2021 Springfield City Council meeting I asked about this
situation and the then Springfield City Council was very reluctant to talk about it.
The following month in the December 2021 meeting I was allotted some time on
the agenda to address the Springfield City Council.
At that time, I informed the then Council that it was me who was the
whistleblower that brought this whole thing to light.
At the time, I voiced my fears with the DANR about the Springfield City
Government ever retaliating against me at some point. They referenced me to
whistleblower retaliation protections in place.
On or about March of 2024 one of my cars was taken from my Mobile home/ RV
Park located at 502 11th Street in Springfield SD. Then Chief of Police Doug
Magee authorized Matt Tjeersdma with TJ services to take my 1997 Chevrolet
Cavalier off of my property citing that my up to date tags were not on the car.
They were on the seat. Magee knew they were on the seat because he told a
friend of mine he seen them on the seat. At this time several other vehicles
around town were not compliant but mine was stolen, and I had to pay money to
get it back from the very cop that used me as a whistleblower because he was
too worried to do so himself. This is a violation of 42 U.S. Code § 1983 for an
unreasonable seizure of property and discrimination because my car was on my
property with up to date tags. All named defendants are guilty of this because
they all held offices or positions with the Springfield City Government or Police
Department. Chief of Police Magee had a list of the VINs of all the non-compliant
cars throughout town. He absolutely knew mine had up to date registration. I

spoke to Mayor Scott Kostal about this when my car was stolen and I pointed out other people throughout town were left alone but myself and others vehicles were taken from our yards driveways and properties which is discrimination and a violation of my 5th and 14th Amendments of the US Constitution when he replied we are dealing with it at this time how we see fit. All named defendants are guilty of this because they all held offices or positions with the Springfield City Government or Police Department.

Former Councilman Gary Loukota was a sitting City Council Member at the time of my car being stolen from Paulson Park. Gary Loukota was on the Springfield City Council until his death on June 21st 2024. There is no known pending probate files opened or closed at this time.

In August 2025 I purchased 4 parcels of land through two corporations from the Bon Homme County commission that went to tax deed auction.

One of the properties acquired was Parcel ID: 52:04:03:05 with a physical address of 1214 Walnut Street in Springfield SD commonly known as Richey Park. It is an abandoned property that used to be a small mobile home park which has approximately 10 hookups, an underground home, a two stall shop building, a shed needing renovation, and one mobile home still on the property at this time  I am the sole owner of this property

The underground home can be renovated and offered up as a rental for someone to reside at. The shop building is in good condition and never sustained any water damage or roof leaking.

After the auction I made contact with Springfield City Mayor Scott Kostal on 08/29/2025 in person near the newly built water treatment facility.

Earlier in the week I had sent an email to the Springfield City Finance office letting them know that I was going to clean the whole place up and renovate existing structures as I have at two other properties in Springfield the previous year and several others in Bon Homme County. He immediately stated I had to tear everything down. It came at a shock to me. I asked Mayor Kostal if he had even been in the building or basement house at the time he stated yes. He then stated the City condemned it in 2024 under his direction.

I was immediately upset and stated we can go to war over it when he replied everything is coming down whether you like it or not

The County of Bon Homme took possession of it for over 6 months before auctioning it off to myself  Prior to them owning it Myron Richey and Sheryl Parker owned it from 1996 till the County of Bon Homme foreclosed on it for back property taxes in 2024. Myron Richey and Sheryl Parker divorced and separated Myron Richey left Springfield and moved out of town.

There is no evidence of any kind that exists of the City of Springfield making demands of demolition to the previous owners or the County of Bon Homme for

that matter but suddenly when I have anything to do with the property there is. Which is evidence of retaliation against a witness under 18 U.S. CODE § 1513 and a violation of my 5th Amendment right because I am being deprived of my property and due process. This is also a gross violation of my 14th Amendment right of the US Constitution under the Equal Protection Clause because its so blatantly intentionally discriminating that it's a violation under the class of one act because neither the County of Bon Homme or Myron Richey and Sheryl Parker were threatened or targeted. Mayor Scott Kostal is guilty of these charges and violations. The rest of the current City Council members which includes Steve Mueller, Cheryl Ludens, Larry Dietsch, and Katelyn Burch are also all guilty of these charges because they have sat by and allowed Springfield City Mayor Scott Kostal to do all of this without any known interventions
I requested any available notes, or documentation from the City and I have yet to even get a response.
In recent months Springfield Mayor Scott Kostal found out that the Springfield City Council condemned the property in 2014.
I sent correspondence to the City Attorney requesting the engineer reports and all the documents supporting the condemnation of the property from both 2014 and 2024. They have yet to provide any of my requests. I also asked why Mayor Kostal had it condemned in 2024 when it was already condemned 10 years prior. They wont provide supporting documents or answers to questions which is another reason for legally remedies. Perhaps subpoenas and discovery can shed light on things because when I last spoke to the City Council Members individually most of them didn't seem to know much about anything.

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
William F Parken

**DEFENDANTS**
City of Springfield

**(b)** County of Residence of First Listed Plaintiff Bon Homme
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Bon Homme
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

Attorneys *(If Known)*
Bean Barrett

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | **LABOR** | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| | [ ] 448 Education / **Other:** | | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 540 Mandamus & Other | **IMMIGRATION** | | |
| | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | |
| | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983, 18 USC 1513, 14th, 5th Amendment
Brief description of cause:
Stolen Car, retaliation against a witness, Equal protection

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 5,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____