UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM F. PAULSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SPRINGFIELD, SCOTT KOSTAL, STEVE MUELLER, CHERYL LUDENS, LARRY DIETSCH, KATELYN BURCH, DOUG MAGEE,<br><br>Defendants. | 4:26-CV-04023-ECS<br><br>ORDER |

Pending before the Court is Defendants' Motion to Dismiss Plaintiff's Amended Complaint. Doc. 19. Defendants filed this motion on May 4, 2026. To date, Plaintiff has not responded to this pending motion, even though it seeks dismissal of Plaintiff's Amended Complaint, Doc. 18.

Pursuant to District of South Dakota Civil Local Rule 7.1(B), "[o]n or before 21 calendar days after service of a motion and brief, unless otherwise specifically ordered by the court, all opposing parties must serve and file a responsive brief containing opposing legal arguments and authorities in support thereof." D.S.D. Civ. LR 7.1(B); see also Forman v. City of Brookings, 4:25-CV-04010-ECS, 2025 WL 2774062, at *18 (D.S.D. Sept. 29, 2025) (quoting D.S.D. Civ. LR 7.1(B)). Thus, Plaintiff is long overdue in responding to Defendants' Motion to Dismiss Plaintiff's Amended Complaint. Plaintiff's pro se status does not exempt him from complying with the rules. See Kurtenbach v. Codington Cnty., CIV. 20-1008-JLV, 2021 WL 6125813, at *1 (D.S.D. Dec. 28, 2021) (stating pro se litigants are obligated to comply with the Federal Rules

of Civil Procedure and court rules) (citing Solimon v. Johanns, 412 F.3d 920, 922 (8th Cir. 2005)).

In an exercise of this Court's discretion, Plaintiff is allowed 10 days from the entry of this order to file a responsive brief in opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint. Plaintiff is warned that if no response is received, his Amended Complaint will be dismissed. See Eagle v. Yantis, CIV. 19-5015-JLV, 2020 WL 730358, at *3 (D.S.D. Feb. 13, 2020) (dismissing plaintiff's complaint for failure to prosecute after plaintiff did not respond to court's extended deadline to respond to a motion to dismiss). Therefore, it is hereby

ORDERED that Plaintiff's deadline to file a responsive brief in opposition to Defendants' Motion to Dismiss Amended Complaint is October 23, 2026.

DATED this 13th day of October, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE